UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,     *
     *
v.     *
     *     Criminal Action No. 12-30014-JLT
CHARLES BENOIT,     *
     *
Defendant.     *

ORDER

February 25, 2014

TAURO, J.

     Having reviewed Magistrate Judge Neiman's Report and Recommendation [#79] and there being no objections thereto, this court ACCEPTS and ADOPTS the Report and Recommendation. For the reasons set forth by Magistrate Judge Neiman, the government's Motion for Order of Excludable Delay [#60] is ALLOWED to the extent set forth in the Report and Recommendation. Because more than seventy non-excludable days have elapsed even after allowing the government's motion, however, Defendant's motion to dismiss for violation of the Speedy Trial Act[1] is ALLOWED. This court hereby orders that the case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge

---

[1] Defendant's Opposition to the Government's Requerst (sic) for an Order of Excludable Delay [#63] included a counter-motion to dismiss the case.